# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.: 1:04-CR-010-SPM

THOMAS SAPPENFIELD;
JOHN JASON LITTLE;
RESHAY DANIELS;
JOHNNY GEORGE;
EVERETT YOUNG;
WILLIE J. HINES;
MARCIA THURMAN;
DAVID DERN,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR
## DEFENDANT LITTLE'S VOLUNTARY SURRENDER

**THIS CAUSE** comes before the Court upon "Defendant John Jason Little's Second Motion to Enlarge Time to Voluntarily Surrender to the Bureau of Prisons upon Stipulation of Counsel" (doc. 403) filed April 22, 2005. As grounds, Defendant avers that the Bureau of Prisons will be unable to complete his designation by May 2, 2005, his currently-scheduled surrender date. Additionally, Defendant advises that his presence will be necessary at the closing of the sale of his house. Defendant requests a two-week extension of time in

which to surrender. The Government does not object to the granting of the motion.

The Court finds good reason to grant the extension. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Enlarge Time (doc. 403) is *granted*.

2. Defendant is ordered to surrender to the United States Marshal at Gainesville, Florida at 12 o'clock noon no later than ***Monday, May 16, 2005***.

**DONE AND ORDERED** this twenty-eighth day of April, 2005.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge

/pao